UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA No. 1:10-CV-10016-MLW

JORGE A. MAISONET,
    Plaintiff

v.

MASSACHUSETTS COLLEGE OF ART AND DESIGN, ET AL.,
    Defendants

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff and Defendants to the above-indicated action stipulate that it shall be dismissed with prejudice and without costs and attorneys' fees, and waiving all appeals.

/s/ Bradley A. Singer
Bradley A. Singer, BBO#654492
Singer & O'Donnell LLP
Counsel for the Plaintiff
bsinger@singerodonnel.com
Two Salem Green
Salem, MA 01970
Tel. (978) 740-9300
Fax: (978) 485-0050

/s/ Michael R. Coppock
Michael R. Coppock, BBO #098840
Special Asst. Attorney General
Rubin and Rudman, LLP
Counsel for the Defendants
50 Rowes Wharf
Boston, MA 02110
617-330-7049
mcoppock@rubinrudman.com

1154025_1

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I served a copy of the foregoing pleading in-hand, electronically, via facsimile or by mailing copies thereof, via first class mail, postage prepaid, properly addressed to:

> Michael R. Coppock, Esq.
> Rubin & Rudman LLP
> 50 Rowes Wharf
> Boston, MA 02110

> /s/ Bradley A. Singer
> Bradley A. Singer